No. 87–5321.   LEE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 87–5351.   PREISLER *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–5389.   SHUE *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 87–5525.   ONTIVEROS *v.* SCHMIDT ET AL.   C. A. 5th Cir. Certiorari denied.

No. 87–5530.   LAUDERDALE *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, ET AL.   Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 87–5533.   DAVIS *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–5535.   DINGLE *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 87–5536.   HINE *v.* STUTSMAN.   Sup. Ct. Nev.   Certiorari denied.

No. 87–5541.   SAVAGE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 87–5543.   MCGOVERN *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 87–5544.   WOODS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–5548.   LEVINSON *v.* LITTON SYSTEMS, INC.   C. A. Fed. Cir.   Certiorari denied.

No. 87–5549.   DICKERSON *v.* LOUISIANA ET AL.   C. A. 5th Cir. Certiorari denied.

No. 87–5551.   BAYLIS *v.* BUTLER, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 87–5559.   ZENDEJAS *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.